UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PAULINE ADLAM, on behalf of herself individually and all others similarly situated

                         Plaintiff,

               Case No.: 10-cv-5944-**LAK**

          -against-

                 **NOTICE OF VOLUNTARY DISMISSAL**

RJM Acquisitions, LLC.,

                       Defendant.
-----------------------------------------------------------------------X

        The Plaintiff, by and through her attorneys, hereby consents to the dismissal of the above-entitled action pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure with prejudice (but without prejudice as to the putative class members) and without costs to either party.

Dated: New York, New York
       November 17, 2010.

                                      Dated: New York, New York
                                                        _____2010.

                                                   SO ORDERED:

_____
                                               HON. LEWIS A. KAPLAN, U.S.D.J.

NOVLETTE R. KIDD, ESQ. (NK 9339)
FAGENSON & PUGLISI
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.:(212)268-2128
Fax:(212)268-2127
Nkidd@fagensonpuglisi.com